Robert Allan MacPherson, Jr
Michelle Marie MacPherson
1762 Maple Ave
Fort Myers, FL 33901

Case 9:15-bk-03960-FMD    Doc 37    Filed 08/25/16    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Robert Allan MacPherson, Jr                                          Case No. 15-03960-FMD
Michelle Marie MacPherson
AKA: Robert A MacPherson, Jr
AKA: Michelle M MacPherson
DBA: Appliance Assessment
Debtor(s)
_____/


**TRUSTEE'S NOTICE TO COURT OF COMPLETION OF**
**PAYMENTS UNDER CONFIRMED CHAPTER 13 PLAN**
**AND DEBTOR'S COMPLIANCE WITH COURT'S ORDER**
**TO FILE THE DOMESTIC SUPPORT CERTIFICATION**
**INCLUDING STATEMENT REGARDING 11 U.S.C § 522 (q)**

   Jon M. Waage, Chapter 13 Standing Trustee, hereby submits his notice to the Court that with the latest distribution, the Debtor(s) have completed payments under their Chapter 13 Plan; the Court's docket reflects the Debtor(s) filed a Domestic Support Certification, including a statement regarding 11 U.S.C. § 522 (q) as required by the Court's Order Confirming Plan; and therefore, it would appear that the Debtor(s) would be entitled to their Discharge if all other requirements have been met.

   Dated August 25, 2016.

                                        /s/ Jon M. Waage
                                        Jon M. Waage
                                        Chapter 13 Standing Trustee
                                        P.O. Box 25001
                                        Bradenton, FL  34206-5001
                                        Phone (941) 747-4644
                                        Fax (941) 750-9266


Copies furnished electronically or by U.S. Mail to:

Robert Allan MacPherson, Jr
Michelle Marie MacPherson
1762 Maple Ave
Fort Myers, FL  33901

Kim Levy, Esq.
Kim Levy Attorney at Law
2110 Cleveland Avenue
Fort Myers, FL  33901-